UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L DAVIS,<br><br>            Plaintiff,<br><br>      v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>            Defendant. | Case No. 16-cv-05035-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis. Plaintiff states that jail officials are violating his constitutional rights with regards to his legal mail. However, plaintiff proceeds with an earlier filed case also concerning the violation of his rights by jail officials. *Davis v. Suhr*, 16-4487 JD. In the earlier case plaintiff was not clear about how his rights were violated and he failed to identify any specific defendants. By concurrent order that case is dismissed with leave to amend. This case is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff shall present his claims regarding his legal mail in the amended complaint in *Davis v. Suhr*, 16-4487 JD.

**IT IS SO ORDERED.**

Dated: November 16, 2016

JAMES DONATO
United States District Judge